UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Saadia Rayford, *et al.*,

    Plaintiff,

    v.

Herlihy Moving and Storage Inc.,

    Defendant.

Case No. 2:05cv1088

Judge Michael H. Watson

### OPINION AND ORDER

Before the Court is the September 29, 2006 Magistrate Judge's Report and Recommendation (hereinafter "Report") (Doc. 10).

The parties were given proper notice, pursuant to 28 U.S.C. §636(b)(1)(C), including notice the parties would waive further appeal if they failed to file objections to the Report in a timely manner. See *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). To date, no objections to the Report were filed.

Upon *de novo* review of this matter, pursuant to 28 U.S.C. §636, the Court finds no error in the Report. Accordingly, the Report (Doc. 10) is hereby **ADOPTED**. Therefore, the June 26, 2006 Motion of Plaintiffs to Remand (Doc. 8) is hereby **DENIED.**.

**IT IS SO ORDERED.**

*/s/ M.H. Watson*

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**